# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
| vs. | : CRIMINAL NO. 94-00093-WS |
| **MICHAEL ANTHONY CHEESE,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's Motion for Leave to Appeal in forma pauperis be **DENIED**.

**DONE** and **ORDERED** this 30th day of August, **2012**.

> s/WILLIAM H. STEELE
> **CHIEF UNITED STATES DISTRICT JUDGE**